AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

CARL DALE FULLER

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:11-MJ-1426

CHARGING DISTRICTS CASE NUMBER: 11-8216-LRG

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __SOUTHERN__ District of __FLORIDA__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on TO BE DETERMINED.
*Date and Time*

_[signature]_
*Signature of Judge*

14 June 2011
*Date*

JAMES E. GATES, USMJ
*Name and Title of Judge*